IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HUMAN RIGHTS DEFENSE CENTER                                    PLAINTIFF

v.                      CASE NO. 5:17-CV-3070

BAXTER COUNTY, ARKANSAS                                        DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Orders entered on January 22, 2019 (Doc. 89) and April 25, 2019 (Doc. 104), **IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

1. Plaintiff Human Rights Defense Center's First Amendment claim is **DISMISSED WITH PREJUDICE**.

2. Human Rights Defense Center is awarded a total of $4.00 in nominal damages for violations of its due process rights for the mailings sent on August 5, 2016.

3. Human Rights Defense Center's remaining due process claims are **DISMISSED WITH PREJUDICE**.

4. The Court **DECLARES** that mail rejected pursuant to the postcard-only policy must give the sender notice as to why the mailing has been rejected. However, duplicate notices are not required for the same publication where the publications are rejected for identical reasons.

**IT IS SO ORDERED** on this 25th day of April, 2019.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE